# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JIMMY SCOTT

VERSUS

WILLIAM SWEAT

CIVIL ACTION

23-199-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson dated April 30, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that William Sweat's federal claims be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A for failure to state a claim. The Court declines to exercise supplemental jurisdiction over potential state law claims, and this case shall be CLOSED.

Signed in Baton Rouge, Louisiana, on this 5th day of June, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 6.